# EXHIBIT A

## Statement of Account



ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Codifyd, Inc.**
Bankruptcy Case: **AmCad Holdings, LLC**
Preference Period: **Jun 21, 2014 - Sep 19, 2014**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| American Cadastre, LLC | American Cadastre, LLC | EFT:7/31/2014 | $11,669.42 | 7/31/2014 | Inv. AMCDAL0314 | 4/1/2014 | $8,730.56 |
| American Cadastre, LLC | American Cadastre, LLC | EFT:7/31/2014 | $11,669.42 | 7/31/2014 | Inv. AMCDAL0214 | 2/28/2014 | $7,814.72 |
| American Cadastre, LLC | American Cadastre, LLC | 3862 | $5,000.00 | 9/3/2014 | Inv. AMCDAL0414 | 5/1/2014 | $9,261.44 |
| American Cadastre, LLC | American Cadastre, LLC | 3825 | $5,000.00 | 7/30/2014 | Inv. AMCDAL0214 | 2/28/2014 | $7,814.72 |
| American Cadastre, LLC | American Cadastre, LLC | 3825 | $5,000.00 | 7/30/2014 | Inv. AMCCOL0114 | 1/31/2014 | $124.14 |
| American Cadastre, LLC | American Cadastre, LLC | 3779 | $24,653.12 | 7/11/2014 | Inv. AMCDAL1213 | 1/2/2014 | $8,509.12 |
| American Cadastre, LLC | American Cadastre, LLC | 3779 | $24,653.12 | 7/11/2014 | Inv. AMCDAL1113 | 11/30/2013 | $8,128.96 |
| American Cadastre, LLC | American Cadastre, LLC | 3779 | $24,653.12 | 7/11/2014 | Inv. AMCDAL0114 | 2/3/2014 | $8,015.04 |

**Totals:**  4 transfer(s),  $46,322.54