IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMCAD HOLDINGS, LLC, *et al.*,<br>Debtors[1]. | Chapter 11<br><br>Case No. 14-12168 (MFW)<br><br>(Jointly Administered) |
| Gavin/Solmonese LLC, as Liquidating Trustee of the Amcad Creditors' Liquidating Trust,<br><br>Plaintiff,<br><br>vs.<br><br>Codifyd, Inc.,<br><br>Defendant. | Adv. Pro. No. 16-51489 |

**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in its entirety with prejudice. An answer has not been filed.

Dated: November 21, 2016

THE ROSNER LAW GROUP LLC

By: /s/ *Scott J. Leonhardt*
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
Jason A. Gibson (DE 6091)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: rosner@teamrosner.com
   leonhardt@teamrosner.com
   gibson@teamrosner.com

-and-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: AmCad Holdings, LLC (4731) and American Cadastre, L.L.C. (0897). The corporate headquarters and the mailing address for each entity listed above is 13650 Dulles Technology Drive, Suite 400, Herndon, VA 20171.

Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Kara E. Casteel, Esq., MN SBN 0389115
(*Admitted Pro Hac Vice*)
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665 ext. 846
Fax: (651) 406-9676
Email: kcasteel@askllp.com

-and-

Edward E. Neiger, Esq.
Brigette G. McGrath, Esq.
151 West 46th Street, 4th Fl.
New York, NY 10036
Telephone: (212) 267-7342
Fax: (212) 918-3427

*Counsel for Gavin/Solmonese LLC, as Liquidating Trustee of the Amcad Creditors' Liquidating Trust*