IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMCAD HOLDINGS, LLC, *et al.*,<br>Debtors[1]. | Chapter 11<br><br>Case No. 14-12168 (MFW)<br><br>(Jointly Administered) |
| Gavin/Solmonese LLC, as Liquidating Trustee of the Amcad Creditors' Liquidating Trust,<br><br>Plaintiff,<br><br>vs.<br><br>Codifyd, Inc.,<br><br>Defendant. | Adv. Pro. No. 16-51489 |

**CERTIFICATE OF SERVICE**

I, Jennifer Hepola, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this **Notice of Dismissal of Adversary Proceeding** was made on November 21, 2016, by:

[X]   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Defendant
Sanjay Agarwal, RegAgt/President
Codifyd, Inc.
303 E. Wacker Drive, Suite 950
Chicago, IL  60601

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 21, 2016            */s/ Jennifer Hepola*
                                    Jennifer Hepola
                                    ASK LLP
                                    2600 Eagan Woods Drive, Suite 400
                                    Saint Paul, MN 55121

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: AmCad Holdings, LLC (4731) and American Cadastre, L.L.C. (0897). The corporate headquarters and the mailing address for each entity listed above is 13650 Dulles Technology Drive, Suite 400, Herndon, VA 20171.